**EXHIBIT 1:** VIDEO #1 – STILL-FRAME IMAGE

