**EXHIBIT 2:** INFRINGEMENT #1

URL: https://www.nbcnewyork.com/news/local/nypd-escorts-proud-boys-to-queens-subway-station-seemingly-helps-members-evade-fare/4027126/





Case 1:25-cv-01247     Document 1-2     Filed 02/12/25     Page 2 of 3

